UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TRACY SHOEMAKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONAGRA FOODS, INC., and )<br>LIBERTY MUTUAL INSURANCE )<br>COMPANY, )<br>)<br>Defendants. ) | No. 2:14-CV-153<br>Phillips |

## ORDER

As set forth in the accompanying memorandum opinion, the Clerk is **DIRECTED** to correct the docket to reflect the proper name of the defendant as "Liberty Life Assurance Company of Boston" rather than "Liberty Mutual Insurance Company." Further, the defendant's motion to dismiss [Doc. 12] is **GRANTED** and the claims against Liberty Life Assurance Company of Boston are **DISMISSED**.

IT IS SO ORDERED.

       s/ Thomas W. Phillips
       SENIOR UNITED STATES DISTRICT JUDGE